1  PITE DUNCAN, LLP
   STEVEN W. PITE (NV Bar #008226)
2  EDDIE R. JIMENEZ (NV Bar #10376)
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92117-0933
4  Telephone: (702) 413-9692
   Facsimile: (619) 590-1385
5  E-mail: ecfnvb@piteduncan.com

6  ABRAMS & TANKO, LLLP
   MICHELLE L. ABRAMS (NV Bar #005565)
7  3085 S. Jones Blvd., Suite C
   Las Vegas, NV 89146
8
   Attorneys for   CITI RESIDENTIAL LENDING, INC., as a servicing agent for ARGENT
9                  MORTGAGE COMPANY, LLC., its successors and/or assigns.

10                          UNITED STATES BANKRUPTCY COURT

11                                DISTRICT OF NEVADA

12 | In re                                  | Bankruptcy Case No. BK-S-08-23099-BAM
13 | MYRELL J SCOVILLE AND MADELINE E       | Chapter 13
   | SCOVILLE,                              |
14 |                                        | CITI RESIDENTIAL LENDING, INC.'S
   |          Debtor(s).                    | REQUEST FOR SPECIAL NOTICE AND
15 |                                        | SERVICE OF PAPERS AND
   |                                        | RESERVATION OF RIGHTS
16

17  TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED
18         PARTIES

19      PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for Citi
20 Residential Lending, Inc., its successors and/or assigns, hereby requests special notice of all events
21 relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in
22 relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules
23 of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing
24 of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as
25 well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-
26 interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local
27 Rules of the above-referenced bankruptcy court.
28 / / /

1   PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Eddie R. Jimenez
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92117-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a.   Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b.   Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

c.   Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d.   Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: November 20, 2008          /s/ Eddie R. Jimenez
                                  4375 Jutland Drive, Suite 200
                                  P.O. Box 17933
                                  San Diego, CA 92117-0933
                                  (702) 413-9692
                                  NV Bar #10376
                                  Attorney for Movant

-2-