IN THE UNITED STATES BANKRUPTCY COURT
FOR District of Nevada

In Re:

Myrell J. Scoville ) Case No: 08-23099

Madeline E. Scoville ) Chapter: 13

)

SSN: *******8283 )
SSN: *******3233 )

Debtor(s)

REQUEST FOR SPECIAL NOTICE AND SERVICES

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Please take this notice that the undersigned is an authorized agent/entity and hereby enters its request on behalf of Saxon Mortgage and pursuant to Rule 2002 of the Bankruptcy Rules, requests inclusion into the Master Mailing List and special notice of all events relevant to the above referenced bankruptcy to and including all notices, pleading and other documents filed in the proceeding, be sent to the creditor at the address listed below.

Respectfully Submitted,
Moss Codilis, L.L.P.

/s/ Corey M. Robertus November 20, 2008

Moss Codilis, L.L.P.
AUTHORIZED AGENT/ENTITY
FOR THE CREDITOR
Phone: 303-799-6966
Fax: 720-240-5454

Creditor:
Saxon Mortgage
1270 Northland Drive, Suite 200
Mendota Heights, MN 55120
Loan Number: ******5911

Debtor Attorney= ANTHONY DELUCA
Trustee = RICK A. YARNALL
Court = US BK CT

578950